IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-525-RJC-DCK

| | |
|---|---|
| NEWELL OPERATING COMPANY d/b/a ASHLAND HARDWARE SYSTEMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRUTH HARDWARE CORPORATION, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) filed by Lex M. Erwin on June 13, 2012, concerning Eric H. Chadwick. Mr. Chadwick seeks to appear as counsel *pro hac vice* for Defendant Truth Hardware Corporation.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Chadwick is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant Truth Hardware Corporation.

Signed: June 13, 2012

David C. Keesler
United States Magistrate Judge