IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-525-RJC-DCK

| | |
|---|---|
| NEWELL OPERATING COMPANY d/b/a ASHLAND HARDWARE SYSTEMS,<br><br>    Plaintiff,<br><br>v.<br><br>TRUTH HARDWARE CORPORATION,<br><br>    Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 22) filed by R. Matthew Pearson on September 21, 2012, concerning David E. Finkelson. Mr. Finkelson seeks to appear as counsel *pro hac vice* for Plaintiff Newell Operating Company d/b/a Ashland Hardware Solutions.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Finkelson is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff Newell Operating Company d/b/a Ashland Hardware Solutions.

Signed: September 24, 2012

David C. Keesler
United States Magistrate Judge