# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-525-RJC-DCK

| | |
|---|---|
| **NEWELL OPERATING COMPANY d/b/a ASHLAND HARDWARE SYSTEMS,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**TRUTH HARDWARE CORPORATION,** )<br>)<br>**Defendant.** )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Unopposed Motion To Stay" (Document No. 24) filed October 8, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Plaintiff does not oppose the motion, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Unopposed Motion To Stay" (Document No. 24) is **GRANTED**.

**IT IS FURTHER ORDERED** this case is stayed in its entirety pending the outcome of the U.S. Patent & Trademark Office reexamination of the patent-in-suit, including any appeals. The parties shall submit a joint status report apprising the court of the status of the reexamination proceedings on **April 1, 2013** and every three months thereafter. The parties shall also provide notice to the court within one week of final exhaustion of the pending reexamination proceeding, including appeals.

Signed: October 15, 2012

_____
David C. Keesler
United States Magistrate Judge