IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-525-RJC-DCK

| | |
|---|---|
| NEWELL OPERATING COMPANY d/b/a ASHLAND HARDWARE SYSTEMS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TRUTH HARDWARE CORPORATION, | ) ) |
| Defendant. | ) ) ) |

**ORDER**

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case.

The parties filed a "Joint Status Report Regarding The Parties' Settlement Discussions" on December 13, 2013. (Document No. 38). The status report indicated that the parties were "conferring regarding a proposed schedule for entry by the Court to govern the continuation of the case."

**IT IS, THEREFORE, ORDERED** that the parties shall file a proposed Scheduling Order, jointly if possible, on or before **January 17, 2014**.

Signed: January 9, 2014

David C. Keesler
United States Magistrate Judge