**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:11-CV-525-RJC-DCK**

| | |
|---|---|
| **NEWELL OPERATING COMPANY,** )  )  **Plaintiff,** )  )  v. )  )  **TRUTH HARDWARE CORPORATION,** )  )  **Defendant.** )  ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Substitute Plaintiff-Counterclaim Defendant" (Document No. 40) filed January 13, 2014, and the parties' "Joint Motion For An Extension To File A Joint Proposed Schedule To Govern The Continuation Of The Case" (Document No. 41) filed January 17, 2014. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions, the record, and applicable authority, the undersigned will grant the motions.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Substitute Plaintiff-Counterclaim Defendant" (Document No. 40) is **GRANTED**. Nova Wildcat Ashland, LLC d/b/a Ashland, LLC shall be substituted as the Plaintiff-Counterclaim Defendant in this case.

**IT IS FURTHER ORDERED** that the parties' "Joint Motion For An Extension To File A Joint Proposed Schedule To Govern The Continuation Of The Case" (Document No. 41) is **GRANTED**. The parties shall file a proposed Scheduling Order, jointly if possible, on or before **January 24, 2014**.

**SO ORDERED**.

Signed: January 21, 2014

David C. Keesler
United States Magistrate Judge